# HALL MAINES LUGRIN, P.C.

Williams Tower
2800 Post Oak Blvd. Ste. 6400
Houston, Texas 770056
713.871.9000
Fax: 713.871-8962

Holland House
1-4 Bury St.
London EC3A 5AW
011.44.20.7469.2630
Fax: 011.44.20.7469.2631

www.hallmaineslugrin.com

**Reece Rondon**
Shareholder

Direct Dial: 832.681.5403
rrondon@hallmaineslugrin.com

September 15, 2015

Attn: Jessing Rodriguez
Clerk of Court
Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 17 2015

CHRISTOPHER A. PRINE
CLERK

**RE:** **Court of Appeals Number: 01-11-00995-CV**
**Trial Court Case Number: 0756696**

**Style:** Prime Natural Resources, Inc. v. Certain Underwriters at Lloyds, London, Syndicate Number 2020, 1084, 2001, 457, 510, 2791, 2987, 3000, 1221, 5000, Navigators Insurance Company UK, and Matthew Daniels Co.

Dear Jessing,

Oral arguments in the above captioned matter were heard on September 18, 2013. We respectfully request a copy of the transcript for our file. Enclosed you will find a check in the amount of $25.00 for the payment of the processing of the transcript. Once the transcript is ready for pickup, please notice me by phone (Direct line: 832.681.5445) or e-mail (osimmons@hallmaineslugrin.com) and I will arrange for the transcript to be picked up by carrier.

If you have any questions or concerns regarding this request, please do not hesitate to contact our office.

Sincerely,

HALL MAINES LUGRIN. P.C.

Olivia Simmons

Olivia H. Simmons
Paralegal to Reece Rondon

Enclosure

HALL MAINES LUGRIN, P.C.
COUNSELORS AT LAW

Williams Tower, 64th Floor
2800 Post Oak Boulevard
Houston, Texas 77056-6125

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 17 2015

CHRISTOPHER A. PRINE
CLERK

Attn: Jessing Rodriguez
Clerk of Court
Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066